UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIPAT DOWNEY, et al.,

    Plaintiffs,

v.                                                 CASE NO: 8:04-cv-1868-T-23MAP

HILLSBOROUGH COUNTY, FLORIDA,

    Defendant.
_____/

## **ORDER**

United States Magistrate Judge Mark A. Pizzo submits a report (Doc. 59) recommending that the Court grant the defendant's motion for summary judgment (Doc. 40) on David Smith's claim for overtime compensation for thirty hours of unpaid "non-drive" time. No party files a timely objection to the report, and the time for objections has expired. The Magistrate Judge's recommendation (Doc. 59) is **ADOPTED**. The defendant's motion for summary judgment (Doc. 40) on David Smith's claim for overtime compensation for thirty hours of "non-drive" time is **GRANTED**. The Clerk is directed to enter judgment in favor of the defendant and against David Smith on the claim for overtime compensation for thirty hours of unpaid "non-drive" time.

An order (Doc. 58) deferred ruling on the parties' cross-motions for summary judgment on the claims for compensation for unpaid time spent commuting in County vehicles. Accordingly, the Clerk is directed to (1) terminate all pending motions and (2) **ADMINISTRATIVELY CLOSE** the case. Pursuant to the order (Doc. 58), after the

Eleventh Circuit reaches a decision in <u>Burton v. Hillsborough County</u>, Case No. 8:04-cv-112-T-MSS, any party may move to re-open this action and move for summary judgment on the claims for compensation for unpaid time spent commuting in County vehicles.

ORDERED in Tampa, Florida, on August 17, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE